```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 14-412-05, -06 |
| v. | : | |
| LINWOOD NORMAN and | : | |
| JOHN SPEISER | : | |

## **O R D E R**

**AND NOW**, this **23rd** day of **February, 2015,** for the reasons set forth in the accompanying memorandum, the following motions (ECF No. 210) are hereby **DENIED:**

(1) Defendant John Speiser's Motion to Quash Count 1;

(2) Defendant Speiser's Motion to Quash Count 26;

(3) Defendant Linwood Norman's Motion to Quash Count 23; and

(4) Defendant Speiser's Motion for a Bill of Particulars.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**