```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA          :

      vs.                        :         CRIMINAL NO. 14-412-05

LINWOOD NORMAN
                               :

**JUDGMENT OF ACQUITTAL/NOT GUILTY**

    **AND NOW**, this **14th** day of **May, 2015,** came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[X]    The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 1,2,11,12,13 & 23.</u>

    **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

                                        BY THE COURT:

                                        <u>s/ Eduardo C. Robreno</u>
                                        Eduardo C. Robreno

cc:    U.S. Marshal
        Probation Office
        T. Wzorek, AUSA
        M. McCartney, AUSA
        N. Pinto, Esq.

<u> 5/14/15 </u>       <u>  RV  </u>
  Date            By Whom